**Roy Franklin ECHOLS, Jr.,**
**Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director of Virginia Department of Corrections,**
**Respondent–Appellee.**

No. 01–7246.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Roy Franklin Echols, Jr., pro se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Roy Franklin Echols appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Echols v. Angelone,* CA–01–155–3 (E.D.Va. June 18, 2001). We deny Echols' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*